THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* ALEXANDER CARRION and FRANK NEGRON, Appellants.

(Argued June 1, 1933; decided July 11, 1933.)

*Walter A. Lynch, Thomas H. McManus* and *Morris E. Spector* for Alexander Carrion, appellant.

*Charles V. Halley, Jr.,* and *James A. Sullivan* for Frank Negron, appellant.

*Samuel J. Foley, District Attorney (Sol. Boneparth, Herman J. Fliederblum* and *Eugene G. Schulz,* of counsel), for respondent.

no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN and CROUCH, JJ. Not sitting: HUBBS, J.